ACCEPTED
15-24-00133-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/17/2025 6:24 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00133-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/17/2025 6:24:01 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

**Insight Investments, LLC**,

*Appellant*,

*v.*

**Stonebriar Commercial Finance, LLC**,

*Appellee.*

On Appeal from the 380th District Court, Collin County, Texas
Trial Court Cause No. 380-06242-2022
Honorable Benjamin N. Smith, presiding

## APPELLANT'S MOTION TO TRANSFER

Thomas C. Wright
State Bar No. 22059400
Rachel H. Stinson
State Bar No. 24037347
Kyle C. Steingreaber
State Bar No. 24110406
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (Phone)
(713) 572-4320 (Facsimile)
wright@wrightclosebarger.com
stinson@wrightclosebarger.com
steingreaber@wrightclosebarger.com

Mark W. Stout
State Bar No. 24008096
Owen C. Babcock
State Bar No. 24104585
**PADFIELD & STOUT, L.L.P.**
100 Throckmorton St, Ste 700
Fort Worth, Texas 76102
817-338-1616 —Telephone
817-338-1610 —Facsimile
mstout@padfieldstout.com
obabcock@padfieldstout.com

**Attorneys for Appellant Insight Investments, LLC**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

In light of the recent order issued by the Supreme Court of Texas in Case No. 15-24-0015-CV, *Devon Energy Production Company, L.P., et al. v Robert Leon Oliver, et al.*, Appellant Insight Investments, LLC hereby files this Motion to Transfer. Appellant hereby asks this Court to promptly transfer this matter to the Fifth Court of Appeals in Dallas, Texas.

This matter presents an appeal from a judgment of the 380th District Court in Collin County, Texas. Insight hereby voluntarily moves for such a transfer at this time.

In light of the foregoing, Insight respectfully requests this Court transfer this matter promptly. Further, Insight prays for all other relief to which it may show itself entitled.

Respectfully submitted,

*/s/ Rachel H. Stinson*
Thomas C. Wright
State Bar No. 22059400
Rachel H. Stinson
State Bar No. 24037347
Kyle C. Steingreaber
State Bar No. 24110406
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 - Telephone
(713) 572-4320 - Facsimile
wright@wrightclosebarger.com
stinson@wrightclosebarger.com
steingreaber@wrightclosebarger.com

**Counsel for Appellant Insight Investments, LLC**

## CERTIFICATE OF CONFERENCE

Based on an email from counsel for Stonebriar, the undersigned believes that the relief sought in this Motion is not opposed.

*/s/ Thomas C. Wright*
Thomas C. Wright

## CERTIFICATE OF SERVICE

On March 17, 2025, true and correct copies of this Motion were forwarded to all counsel of record, via e-service, by transmitting to the undersigned's electronic service provider.

/s/ *Rachel H. Stinson*
Rachel H. Stinson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mandy Gonzales on behalf of Rachel Hope Stinson
Bar No. 24037347
gonzales@wrightclosebarger.com
Envelope ID: 98556121
Filing Code Description: Motion
Filing Description: Insight's Motion to Transfer to Fifth Court of Appeals
Status as of 3/17/2025 6:54 PM CST

Associated Case Party: Stonebriar Commercial Finance, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rachel H.Stinson | | stinson@wrightclosebarger.com | 3/17/2025 6:24:01 PM | SENT |
| Thomas C.Wright | | wright@wrightclosebarger.com | 3/17/2025 6:24:01 PM | SENT |
| Kyle Steingreaber | | steingreaber@wrightclosebarger.com | 3/17/2025 6:24:01 PM | SENT |

Associated Case Party: Insight Investments, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| LeElle Slifer | 24074549 | lslifer@winston.com | 3/17/2025 6:24:01 PM | SENT |
| Dylan French | | dfrench@winston.com | 3/17/2025 6:24:01 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Houston Docketing | | ecf_houston@winston.com | 3/17/2025 6:24:01 PM | SENT |
| Newman Nahas | | NNahas@winston.com | 3/17/2025 6:24:01 PM | SENT |